# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Oakley, Inc.

                Plaintiff,

v.

Case No.: 1:24−cv−00848

Honorable Martha M. Pacold

The Partnerships and Unincorporated Associations Identified on Schedule A

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 23, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: The court has reviewed plaintiff's response, [23], to the court's 2/20/24 minute entry, [22], which directed plaintiff to show cause why this case should not be dismissed for failure to comply with the joinder restrictions in 35 U.S.C. § 299. For purposes of the show−cause order, [22], the court finds that plaintiff has discharged its obligation to show that the joinder requirements of 28 U.S.C. § 299 and Rule 20 have been met. See Oakley, Inc. v. P'ships & Unincorporated Ass'ns Identified on Schedule "A", No. 21−cv−536 (N.D. Ill. Mar. 6, 2021) (Docket No. 14). (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.