Oakley, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 24-cv-00848

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | kailun3788.en.alibaba.com/minisiteentrance.html | Linhai Kailun Glasses Factory |
| 2 | xmmta.en.alibaba.com | Xiamen Ma Ti An Technology Co., Ltd. |
| 3 | xmscs.en.alibaba.com | Xiamen Senchenshi Trading Co., Ltd. |
| 4 | xueziexort.en.alibaba.com/minisiteentrance.html | Yichang Xuezi E-Commerce Co., Ltd. |
| 5 | yiwulifeng.en.alibaba.com | Yiwu Runhui Arts & Crafts Co.,Ltd |
| 6 | aliexpress.com/store/1102878064 | BJTAC Specialty Store Store |
| 7 | aliexpress.com/store/1102732580 | JanHunt Store |
| 8 | aliexpress.com/store/1102911552 | Jmt Mold Official Store |
| 9 | DISMISSED | DISMISSED |
| 10 | amazon.com/sp?seller=A1YZYQIK7UT84T | Ceciliya |
| 11 | amazon.com/sp?seller=A3UNVVDW01W0MH | DESLELV |
| 12 | amazon.com/sp?seller=A29X2VYX41JY71 | foshanshiyuchumaoyiyouxiangongsi |
| 13 | amazon.com/sp?seller=AWW32JHY4TQBP | Radorock |
| 14 | dhgate.com/store/20985195 | alice8990 |
| 15 | dhgate.com/store/21866393 | bbcuv |
| 16 | dhgate.com/store/21866388 | bvkdx |
| 17 | dhgate.com/store/21922130 | cc_sunglasses |
| 18 | dhgate.com/store/21903936 | dhsun1688 |
| 19 | dhgate.com/store/21918223 | earringscs |
| 20 | dhgate.com/store/21899424 | essentials1010 |
| 21 | dhgate.com/store/21926006 | fashion_accessories888 |
| 22 | dhgate.com/store/21899426 | gallerydept10 |
| 23 | dhgate.com/store/21897330 | glasses123 |
| 24 | dhgate.com/store/21800595 | go5m |
| 25 | dhgate.com/store/21844517 | goodfaithsellers666 |
| 26 | dhgate.com/store/21815168 | gvnml |
| 27 | dhgate.com/store/21901123 | hutao003 |
| 28 | dhgate.com/store/21901124 | hutao004 |
| 29 | dhgate.com/store/21901127 | hutao006 |
| 30 | dhgate.com/store/21901128 | hutao007 |
| 31 | dhgate.com/store/21901129 | hutao008 |

| 32 | dhgate.com/store/21901135 | hutao013 |
|---|---|---|
| 33 | dhgate.com/store/21901139 | hutao015 |
| 34 | dhgate.com/store/21901141 | hutao017 |
| 35 | dhgate.com/store/21901142 | hutao018 |
| 36 | dhgate.com/store/21903535 | hutao021 |
| 37 | dhgate.com/store/21903538 | hutao024 |
| 38 | dhgate.com/store/21903539 | hutao025 |
| 39 | dhgate.com/store/21800970 | hxiy |
| 40 | dhgate.com/store/21849974 | johnsonm |
| 41 | dhgate.com/store/21849981 | jonesk |
| 42 | dhgate.com/store/21818693 | kj0n |
| 43 | dhgate.com/store/21800528 | mlmt |
| 44 | dhgate.com/store/21897328 | necklace_123 |
| 45 | dhgate.com/store/21866387 | prekr |
| 46 | dhgate.com/store/21800493 | rhq1 |
| 47 | dhgate.com/store/21849979 | santaa |
| 48 | dhgate.com/store/21893461 | stephanie8 |
| 49 | dhgate.com/store/21800748 | t3nf |
| 50 | dhgate.com/store/21849983 | taylorm |
| 51 | dhgate.com/store/21849978 | torress |
| 52 | dhgate.com/store/21800950 | udbr |
| 53 | dhgate.com/store/21835151 | usa666sunglasses |
| 54 | dhgate.com/store/21800906 | vd1o |
| 55 | dhgate.com/store/21920504 | xiaocaishen_clothing |
| 56 | dhgate.com/store/21818621 | yksc |
| 57 | dhgate.com/store/21907464 | yoga_1298 |
| 58 | dhgate.com/store/21880944 | zsshoushi001 |
| 59 | dhgate.com/store/21915315 | zsz6618 |
| 60 | dhgate.com/store/21800969 | zycx |
| 61 | temu.com/m-4996649076775.html | Explore the world |
| 62 | temu.com/m-6205004874557.html | Flex Glasses |
| 63 | temu.com/m-634418209925723.html | Free Life Eyewear |
| 64 | temu.com/m-12039549082.html | Juncture glasses |
| 65 | temu.com/new-tag-m-117589590209.html | NEW TAG |
| 66 | temu.com/m-5760874772566.html | NEW TAG Water Park |
| 67 | temu.com/m-40340626477.html | VisBeauty |